Alfred Caron, Jr., p. a.
vs.                    No. 73148
Alphonse Gosselin

Alfred Caron, Sr.,
vs.                    No. 73149
Alphonse Gosselin

October 8, 1928.

BLODGETT, J Heard upon motion of plaintiff for a new trial after verdicts of a jury for Alfred Caron, Jr., for $1500 and for Alfred Caron Sr., for $1200.

The motions are urged upon the ground that the verdicts were inadequate.

The boy was seriously injured and the damages though small are not so

inadequate as to shock the conscience of the Court.

Motions denied.

For plaintiffs: John R. Higgins.

For defendant: Ralph T. Barnefield.